William M. Low, Bar No. 106669
wlow@higgslaw.com
Edwin M. Boniske, Bar No. 265701
boniske@higgslaw.com
Roger W.R. Clayton, Bar No. 298819
claytonr@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone: 619.236.1551
Facsimile: 619.696.1410

Attorneys for Plaintiff
SAN DIEGO UNIFIED SCHOOL DISTRICT, a public entity

[additional counsel listed on following page]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED SCHOOL DISTRICT, a public entity, and SCRIPPS RANCH GROUP, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>EDUCATIONAL TESTING SERVICES, a New York corporation; and COLLEGE ENTRANCE EXAMINATION BOARD, a New York corporation; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 17CV1379-MMA-KSC<br><br>**STIPULATION AND JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCUDURE 41**<br><br>Judge: Hon. Michael M. Anello |

Kevin F. Quinn, Esq. (SBN 106224)
kquinn@tbmlawyers.com
THORSNES BARTOLOTTA McGUIRE LLP
2550 Fifth Avenue, 11th Floor
San Diego, CA 92103
Telephone: 619.236.9363
Facsimile: 619.236.9653

Attorneys for Plaintiff
SCRIPPS RANCH GROUP, an unincorporated association

Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Matthew D. Benedetto (SBN 252379)
matthew.benedetto@wilmerhale.com
Rebecca A. Girolamo (SBN 293422)
becky.girolamo@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: 213.443.5374
Facsimile: 213.443.5400

Attorneys for Defendants
EDUCATIONAL TESTING SERVICES and COLLEGE ENTRANCE EXAMINATION BOARD

This stipulation and joint motion is entered into by and between Plaintiffs SAN DIEGO UNIFIED SCHOOL DISTRICT and SCRIPPS RANCH GROUP (collectively, "Plaintiffs"), and Defendants EDUCATIONAL TESTING SERVICES and COLLEGE ENTRANCE EXAMINATION BOARD (collectively, "Defendants"), through their respective attorneys of record.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate and agree that this action, including all claims asserted by Plaintiffs against Defendants, shall be dismissed with prejudice. The Parties further stipulate and agree that there shall be no prevailing party in this action, and that each party shall bear its own respective attorneys' fees and costs.

DATED: August 3, 2017     HIGGS FLETCHER & MACK LLP

By: /s/ *William M. Low*
WILLIAM M. LOW, ESQ.
EDWIN M. BONISKE, ESQ.
ROGER W.R. CLAYTON, ESQ.
Attorneys for Plaintiff
SAN DIEGO UNIFIED SCHOOL
DISTRICT, a public entity

DATED: August 3, 2017     THORSNES BARTOLOTTA MCGUIRE LLP

By: /s/ *Kevin F. Quinn*
KEVIN F. QUINN, ESQ
Attorneys for Plaintiff
SCRIPPS RANCH GROUP

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: August 1, 2017 | | WILMER CUTLER PICKERING HALE AND DORR LLP |

By: _____
CHRISTOPHER T. CASAMASSIMA, ESQ
MATTHEW D. BENEDETTO, ESQ.
REBECCA A. GIROLAMO, ESQ
Attorneys for Plaintiff
EDUCATIONAL TESTING SERVICES and
COLLEGE ENTRANCE EXAMINATION BOARD