# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED SCHOOL DISTRICT, a public entity; and SCRIPPS RANCH GROUP, an unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>EDUCATIONAL TESTING SERVICES, a New York corporation; and COLLEGE ENTRANCE EXAMINATION BOARD, a New York corporation,<br><br>Defendants. | Case No.: 17cv1379-MMA (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 23] |

On August 4, 2017, the parties filed a stipulation and joint motion to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41. Doc. No. 23. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action with prejudice in its entirety. Each party will bear its own costs and attorneys' fees. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: August 4, 2017

*(signature)*

HON. MICHAEL M. ANELLO
United States District Judge